1 | Christopher S. Alvarez (SBN 294795)
  | E-Mail: calvarez@fisherphillips.com
2 | Arielle E. Brown (SBN 315479)
  | E-Mail: aebrown@fisherphillips.com
3 | FISHER & PHILLIPS LLP
  | 621 Capitol Mall, Suite 1400
4 | Sacramento, California 95814
  | Telephone: (916) 210-0400
5 | Facsimile: (916) 210-0401

6 | Attorneys for Defendant
  | FEDEX GROUND PACKAGE SYSTEM, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| BARBARA KING, | CASE NO.: 2:23-cv-01106-WBS-JDP |
|---|---|
| Plaintiff, | *[Originally San Joaquin County Superior Court Case No. STK-CV-UWT-2023-0003750]* |
| v. | **JOINT STIPULATION FOR DISMISSAL WITH PREJUDICE OF ALL CLAIMS; ORDER** |
| FEDEX GROUND PACKAGE SYSTEM, INC.; and DOES 1-30, inclusive | |
| Defendant. | |
| | Complaint Filed: April 13, 2023 |
| | Trial Date: None |

Plaintiff Barbara King ("Plaintiff") and Defendant FedEx Ground Package System, Inc. ("FedEx Ground" or "Defendant") (collectively, the "Parties"), by and through their counsel of record, hereby stipulate under Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure that this entire action be dismissed with prejudice.

## RECITALS

WHEREAS, on April 13, 2023, Plaintiff filed the action styled *Barbara King v. FedEx Ground Package System, Inc., et al.*, in San Joaquin County Superior Court, Case No. STK-CV-UWT-2023-3750;

WHEREAS, on June 9, 2023, Defendant removed the action to federal court, now pending in this Court as Case. No. 2:23-cv-01106-WBS-JDP;

WHEREAS, the Parties have agreed to resolve the action through a Settlement Agreement and General Release, fully executed on October 6, 2023 (the "Agreement");

WHEREAS, the Parties seek dismissal of this entire action and all claims with prejudice to comply with the Agreement;

## STIPULATION

NOW THEREFORE, IT IS HEREBY STIPULATED by the Parties, pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure, as follows:

1. The action, and all claims therein, is dismissed with prejudice, in its entirety; and
2. Each party shall bear its and/or her own respective attorneys' fees and costs.

**IT IS SO STIPULATED.**

Dated: October 10, 2023         FISHER & PHILLIPS LLP

By: */s/* _____
    Christopher S. Alvarez
    Arielle E. Brown

    Attorneys for Defendant
    FEDEX GROUND PACKAGE SYSTEM, INC.

| | | |
|---|---|---|
| 1 | Date: October _9__, 2023 | LAW OFFICE OF EDWARD ANTONINO |
| 2 | | |
| 3 | | By: _/s/_____ |
| | | Edward Antonino |
| 4 | | |
| 5 | | Attorneys for Plaintiff |
| | | BARBARA KING |

## ORDER

Pursuant to stipulation of the Parties, and for good cause shown, the above-captioned action shall be dismissed with prejudice, in its entirety, as to all claims brought by Plaintiff against all Defendants.

**IT IS SO ORDERED**

Dated: October 10, 2023

*[signature]*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE